01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08

STEVEN B. YELOVICH,                                    )
                                                        )   CASE NO. C10-5867-RAJ-MAT
09            Plaintiff,                                )
                                                        )
10        v.                                            )
                                                        )   ORDER AMENDING BRIEFING
11   MICHAEL ASTRUE, Commissioner                      )   SCHEDULE
     of Social Security,                                )
12                                                      )
              Defendant.                                )
13   _____ )

14        Plaintiff filed a stipulation and proposed order amending the briefing schedule (Dkt.

15   16), and a declaration in support (Dkt. 17).   The proposed order filed by plaintiff is a

16   subsection of the stipulation itself, rather than a separate document, as required by Local Rule

17   CR 7(b)(1).   Future motions or stipulations which plaintiff files before this Court should

18   contain a separate proposed order for consideration by the Court.   Failure to file a proposed

19   order will result in the motion be stricken without prejudice.

20        Having considered the stipulation, an extension of the briefing schedule is hereby

21   GRANTED, with the new briefing schedule as follows:

22

ORDER AMENDING BRIEFING SCHEDULE
PAGE -1

01        Plaintiff's Opening Brief          April 5, 2011

02        Defendant's Answering Brief        May 3, 2011

03        Plaintiff's optional Reply Brief   May 17, 2011

04   The parties stipulated to a Reply Brief deadline of May 31, 2011, however the Court will use

05   the standard 14-day period after the Answering Brief deadline at this time.

06        DATED this <u>23rd</u> day of March, 2011.

07

08                                          _____

09                                          Mary Alice Theiler
                                            United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER AMENDING BRIEFING SCHEDULE
PAGE -2