UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN B. YELOVICH, ) | |
| ) | CASE NO. C10-5867-RAJ-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING LIMITED |
| MICHAEL J. ASTRUE, ) | EXTENSION OF TIME OF |
| Commissioner of Social Security, ) | REMAINING BRIEFING SCHEDULE |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed the parties' second stipulation for extension of time (Dkt. 24), requesting a 49-day extension of the due date in which to file his reply brief. A previous extension was granted to plaintiff on March 23, 2011 (Dkt. 18). In this previous stipulated extension, plaintiff sought a reply brief deadline of May 31, 2011, which the Court declined to grant. The Court did advise plaintiff that he could seek a second extension if needed, however, the request for a 49-day extension for the reply brief is far longer than the Court is willing to grant.

Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the remaining briefing schedule, but declines to use the date requested by the parties. The deadline for the remaining briefing is scheduled as follows:

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

Plaintiff's optional Reply Brief:        June 20, 2011

The Court will decide after reading the reply brief whether to grant the request for oral argument.  **The parties should take note that no further extensions will be granted absent extraordinary circumstances.**

DATED this <u>20th</u> day of May, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2